UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTINA D. RODRIQUEZ, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:20-cv-03155-JMS-TAB ) ) |
| LOWE'S HOME CENTERS, LLC, | ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL AND REFERRAL TO ARBITRATION

This cause came before the Court upon the parties' Joint Stipulation of Dismissal and Referral to Arbitration. All parties who have appeared in this action have stipulated that this action be dismissed.

**IT IS THEREFORE ORDERED** that this action be, and hereby is, dismissed. To the extent Plaintiff desires to pursue this cause of action through arbitration, Plaintiff shall initiate arbitration in accordance with the Agreement to Arbitrate Disputes between the parties.

Date: 3/15/2021

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution via ECF to counsel of record electronically registered.